UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. SMITH, III, | CV-F-93-5390 AWI DLB P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS. |
| v. | OBJECTIONS DUE JUNE 15, 2007. |
| J. GOMEZ, | (DOCUMENT #200) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 7, 2007, plaintiff requested a new schedule to file written objections to the Magistrate Judge's Findings and Recommendations granting defendant's motion for summary judgment issued on July 15, 2004. See, Document #185. On October 28, 2004, the court previously granted plaintiff's motion for a thirty day extension to file the objections. See, Document #191. Plaintiff did not comply with the court's order. However, in light of the complex procedural posture of this case, the court will grant plaintiff's request and will give plaintiff until June 15, 2007, to file any objections to the court's order granting defendant's motion for summary judgment. This will be the last extension given to plaintiff. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

Plaintiff shall file any optional objections to the court's findings and recommendations that defendant's motion for summary judgment be granted by June 15, 2007.

IT IS SO ORDERED.

Dated: **May 15, 2007**            /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE