UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. SMITH, III., ) <br> ) <br>         Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JAMES GOMEZ, ) <br> ) <br>         Defendant. ) <br> ) | 1:93-CV-5390 AWI DLB P <br><br> ORDER GRANTING EXTENSION OF TIME.  ORDER VACATING ORDER ISSUED 5/15/07 <br><br> OBJECTIONS DUE 8/1/07 <br><br> [Doc. 202] |

      Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On May 15, 2007, the court granted plaintiff's motion for an extension of time to file objections to the court's findings and recommendations issued on July 15, 2004.  In the order, the court advised plaintiff that no other extensions would be granted.  On June 1, 2007, plaintiff filed a motion to reconsider the court's ruling that no further objections would be given.  Upon considering plaintiff's motion, the court finds good cause to grant plaintiff's request for additional time.  Accordingly, the court's order issued on May 15, 2007,  is vacated and plaintiff is granted until August 1, 2007 to file objections in this matter.

      Plaintiff shall file any objections to the court's findings and recommendations that defendant's motion for summary judgment be granted by August 1, 2007.

      IT IS SO ORDERED.

      Dated:   **June 6, 2007**                  **/s/ Dennis L. Beck** <br>
                                                                                 UNITED STATES MAGISTRATE JUDGE